# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

OCTOBER 2024 GRAND JURY
(Impaneled 10/25/2024)

THE UNITED STATES OF AMERICA

**INDICTMENT**

-vs-

**Violations:**
Title 18, United States Code,
Sections 924(c)(1)(A)(ii); 1591; 1594(c);
1951; 2422(b); 2252A; and 2; and Title
21, United States Code,
Sections 841(a)(1); 846; and 861(f); and
Notice of Forfeiture
(29 Counts)

**LAWRENCE COLBERT,**
**a/k/a DREAD, a/k/a LUCKY;**
(Counts 1–22, 24–25)

**RAYQUAN COLBERT**
**a/k/a JOHNNY BLAIZE;**
(Counts 1, 4)

**KALIL COLBERT,**
(Counts 7, 15, 17–19)

**KRISTINA EAVES,**
**a/k/a ANNA, a/k/a ANNASTASIA;**
(Counts 1–10, 15, 17–20)

**ANDRELL MONTGOMERY,**
**a/k/a SPLIFF;**
(Counts 1–3)

████████████████████;

**MAKAYLA BOOTES,**
**a/k/a KAYLA;**
(Counts 7, 12–14)

**STEVEN JOHNSON,**
**a/k/a MALIK; and**
(Counts 23, 26–29)

**VICTORIA MITCHELL**
(Counts 26, 28)

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

OCT 14 2025

BY: _____

25 CR 205 - JLS

## COUNT 1

### (Conspiracy to Commit Hobbs Act Robbery)

### The Grand Jury Charges That:

Between in or about March 2024, and in or about November 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY; RAYQUAN COLBERT, a/k/a JOHNNY BLAIZE; KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA; and ANDRELL MONTGOMERY a/k/a SPLIFF**, and others, known and unknown to the Grand Jury, did knowingly and willfully conspire to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in particular, the robbery of United States Currency from prospective commercial sex customers by means of actual and threatened force, violence, and fear of injury, immediate and future, to the prospective commercial sex customers' person, property, and property in their custody and possession.

**All in violation of Title 18, United States Code, Section 1951(a).**

## COUNT 2

### (Hobbs Act Robbery)

### The Grand Jury Further Charges That:

On or about June 22, 2024, in the Western District of New York, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY; KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA; and ANDRELL MONTGOMERY a/k/a SPLIFF,** and

2

others, known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain personal property consisting of United States currency from the person of, and in the presence of, Victim D.I., a person engaged in obtaining commercial sex, and known to the Grand Jury, against Victim D.I.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim D.I.'s person, property, and property in Victim D.I.'s custody and possession.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT 3

### (Use of Firearm During and in Relation to a Crime of Violence)

### The Grand Jury Further Charges That:

On or about June 22, 2024, in the Western District of New York, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY; KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA; and ANDRELL MONTGOMERY a/k/a SPLIFF**, and others, known and unknown to the Grand Jury, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 2 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly use, carry, and brandish a firearm, and in furtherance of said crime, did knowingly possess and brandish a firearm.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), and 2.

3

## COUNT 4

**(Hobbs Act Robbery)**

**The Grand Jury Further Charges That:**

On or about July 20, 2024, in the Western District of New York, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY; RAYQUAN COLBERT, a/k/a JOHNNY BLAIZE;** and **KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA**, and others, known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain personal property consisting of United States Currency from the person of, and in the presence of, Victim N.J., a person engaged in obtaining commercial sex, and known to the Grand Jury, against Victim N.J.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim N.J.'s person, property, and property in Victim N.J.'s custody and possession.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 5

**(Hobbs Act Robbery)**

**The Grand Jury Further Charges That:**

On or about November 6, 2024, in the Western District of New York, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY** and **KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA**, did unlawfully obstruct, delay, and affect commerce, as that

4

term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendants did unlawfully take and obtain personal property consisting of United States currency from the person of, and in the presence of, Victim R.A., a person engaged in obtaining commercial sex, and known to the Grand Jury, against Victim R.A.'s will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim R.A.'s person, property, and property in Victim R.A.'s custody and possession.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 6

### (Use of Firearm During and in Relation to a Crime of Violence)

### The Grand Jury Further Charges That:

On or about November 6, 2024, in the Western District of New York, defendants **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY** and **KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA**, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951(a), as set forth in Count 5 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly use, carry, and brandish a firearm, and in furtherance of said crime, did knowingly possess and brandish a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.**

## COUNT 7

### (Conspiracy to Commit Hobbs Act Extortion)

### The Grand Jury Further Charges That:

Between in or about August 2024, and in or about December 29, 2024, in the Western District of New York, and elsewhere, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; KALIL COLBERT; KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA;** ▮▮▮▮▮▮; and **MAKAYLA BOOTES, a/k/a KAYLA,** and others known and unknown to the Grand Jury, did knowingly and willfully conspire to unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants conspired to obtain property, that is, United States currency, from victims, that is, prospective commercial sex customers, with the victims' consent induced by the wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Section 1951(a).**

## COUNT 8

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about August 2024, in the Western District of New York, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; and KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA**, and others known and unknown to the Grand Jury, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by

6

extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim B.P., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 9

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about August 2024, in the Western District of New York, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY**; and **KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA**, and others known and unknown to the Grand Jury, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim E.A., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 10

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about August 2024, in the Western District of New York, defendants
**LAWRENCE COLBERT**, **a/k/a DREAD**, **a/k/a LUCKY**; and **KRISTINA EAVES**,
**a/k/a ANNA**, **a/k/a ANNASTASIA**, and others known and unknown to the Grand Jury,
did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States
Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by
extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that
the defendants obtained property, in particular, United States Currency, from Victim M.B., a
person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent
induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 11

### (Attempted Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about September 2024, in the Western District of New York, defendant
**LAWRENCE COLBERT**, **a/k/a DREAD**, **a/k/a LUCKY**, and others known and
unknown to the Grand Jury, did attempt to obstruct, delay, and affect commerce, as that term
is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles
and commodities in commerce, by extortion, as that term is defined in Title 18, United States
Code, Section 1951(b)(2), in that the defendant attempted to obtain property, in particular,

United States Currency, from Victim F.D., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.


## COUNT 12

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about September 2024, in the Western District of New York and elsewhere, defendants **LAWRENCE COLBERT**, **a/k/a DREAD**, **a/k/a LUCKY**; and **MAKAYLA BOOTES a/k/a KAYLA**, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim A.H., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.


## COUNT 13

### (Attempted Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about September 2024, in the Western District of New York, defendants **LAWRENCE COLBERT**, **a/k/a DREAD**, **a/k/a LUCKY**; and **MAKAYLA BOOTES**,

a/k/a **KAYLA**, and others known and unknown to the Grand Jury, did attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants attempted to obtain property, in particular, United States Currency, from Victim B.P., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 14

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about September 2024, in the Western District of New York, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY**; and **MAKAYLA BOOTES, a/k/a KAYLA**, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim A.G., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 15

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

Between in or about November 2024, and in or about December 2024, in the Western District of New York, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; KALIL COLBERT;** and **KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA**, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim O.H., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.


## COUNT 16

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about December 2024, in the Western District of New York, defendant **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY**, and others unknown to the Grand Jury, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section

11

1951(b)(2), in that the defendant obtained property, in particular, United States Currency, from Victim P.T., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.

## COUNT 17

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about December 2024, in the Western District of New York, and elsewhere, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; KALIL COLBERT; KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA**; and ███████████, did obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce, by extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim S.S., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.

## COUNT 18

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about December 2024, in the Western District of New York, defendants
**LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; KALIL COLBERT;
KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA;** and ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮, did obstruct, delay, and affect commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3), and the movement of articles and commodities in
commerce, by extortion, as that term is defined in Title 18, United States Code, Section
1951(b)(2), in that the defendants obtained property, in particular, United States Currency,
from Victim W.F., a person engaged in obtaining commercial sex, and known to the Grand
Jury, with his consent induced by wrongful use of actual and threatened force, violence, and
fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2.**

## COUNT 19

### (Hobbs Act Extortion)

### The Grand Jury Further Charges That:

In or about December 2024, in the Western District of New York, defendants
**LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; KALIL COLBERT;
KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA;** and ▮▮▮▮▮▮▮
▮▮▮▮▮▮▮, did obstruct, delay, and affect commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3), and the movement of articles and commodities in
commerce, by extortion, as that term is defined in Title 18, United States Code, Section

13

1951(b)(2), in that the defendants obtained property, in particular, United States Currency, from Victim N.G., a person engaged in obtaining commercial sex, and known to the Grand Jury, with his consent induced by wrongful use of actual and threatened force, violence, and fear.

**All in violation of Title 18, United States Code, Sections 1951 and 2**.

## COUNT 20

### (Conspiracy to Sex Traffic a Minor – Minor Victim 1)

### The Grand Jury Further Charges That:

Between in or about August 2024, and in or about December 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, defendants **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY; and KRISTINA EAVES, a/k/a ANNA, a/k/a ANNASTASIA**, and others, known and unknown to the Grand Jury, did knowingly conspire to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, a person, that is, Minor Victim 1, a person known to the Grand Jury, and did benefit, financially and by receiving anything of value, from participation in a venture which engaged in such act, having had a reasonable opportunity to observe Minor Victim 1, and knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(2).

**All in violation of Title 18, United States Code, Section 1594(c)**.

## COUNT 21

### (Sex Trafficking of a Minor – Minor Victim 1)

### The Grand Jury Further Charges That:

Between in or about August 2024, and in or about December 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **LAWRENCE COLBERT**, **a/k/a DREAD**, **a/k/a LUCKY**, and others, known and unknown, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, a person, that is, Minor Victim 1, a person known to the Grand Jury, and did benefit, financially and by receiving things of value, from participation in a venture which has engaged in any such act, having had a reasonable opportunity to observe Minor Victim 1, and knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act.

**All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), 1591(c), and 2**.

## COUNT 22

### (Distribution of Child Pornography – Minor Victim 1)

### The Grand Jury Further Charges That:

On or about August 6, 2024, the exact date being unknown, in the Western District of New York, defendant **LAWRENCE COLBERT**, **a/k/a DREAD, a/k/a LUCKY**, did knowingly distribute, and attempt to distribute, child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, an image of Minor Victim 1, a person known to the Grand Jury, using any means and facility of interstate and foreign commerce, and that

had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 23

### (Distribution of Child Pornography – Minor Victim 2)

### The Grand Jury Further Charges That:

On or about May 2, 2024, in the Western District of New York, defendant **STEVEN JOHNSON, a/k/a MALIK**, did knowingly distribute, and attempt to distribute, child pornography, as defined in Title 18, United States Code, Section 2256(8), that is, an image of Minor Victim 2, a person known to the Grand Jury, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 24

### (Coercion and Enticement of a Minor – Minor Victim 2)

### The Grand Jury Further Charges That:

Between in or about May 2024, and in or about December 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, defendant **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY**, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor Victim 2, an individual known to the

16

Grand Jury, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that is, Rape in the Second Degree, in violation of New York Penal Law Section 130.30(2).

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 25

### (Conspiracy to Sex Traffic a Minor – Minor Victim 2)

### The Grand Jury Further Charges That:

Between in or about May 2024, and in or about June 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, defendant **LAWRENCE COLBERT, a/k/a DREAD, a/k/a LUCKY**, did knowingly conspire and agree with others, known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, a person, that is Minor Victim 2, a person known to the Grand Jury, having had a reasonable opportunity to observe Minor Victim 2, and knowing and in reckless disregard of the fact that Minor Victim 2 had not attained the age of 18 years and that Minor Victim 2 would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), and 1591(c).

**All in violation of Title 18, United States Code, Section 1594(c).**

## COUNT 26

### (Sex Trafficking Conspiracy – Adult Victim 1)

### The Grand Jury Further Charges That:

In or about 2019, the exact dates being unknown to the Grand Jury, in the Western District of New York, defendants **STEVEN JOHNSON**, **a/k/a MALIK** and **VICTORIA MITCHELL** did knowingly conspire and agree with others, known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, a person, that is, Adult Victim 1, a person known to the Grand Jury, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Adult Victim 1 to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

**All in violation of Title 18, United States Code, Section 1594(c).**

## COUNT 27

### (Sex Trafficking – Adult Victim 1)

### The Grand Jury Further Charges That:

In or about 2019, the exact dates being unknown, in the Western District of New York, defendant **STEVEN JOHNSON**, **a/k/a MALIK**, and others, known and unknown, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit, by any means, in and affecting interstate commerce, a person, that is, Adult Victim 1, a person known to the Grand Jury, knowing and in reckless disregard of the fact that means

18

of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Adult Victim 1 to engage in a commercial sex act.

**All in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 2**.

### COUNT 28

**(Narcotics Conspiracy)**

**The Grand Jury Further Charges That:**

Between on or about July 30, 2025, and on or about August 1, 2025, in the Western District of New York, defendants **STEVEN JOHNSON a/k/a MALIK**; and **VICTORIA MITCHELL**, did knowingly and willfully combine, conspire, and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, fentanyl and cocaine base, both Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 29

### (Distribution of Fentanyl and Cocaine Base to a Pregnant Person)

### The Grand Jury Further Charges That:

Between on or about July 31, 2025, and on or about August 1, 2025, in the Western District of New York, defendant **STEVEN JOHNSON, a/k/a MALIK**, knowingly and intentionally distributed fentanyl and cocaine base, both Schedule II controlled substances, to Adult Victim 1, a person known to the Grand Jury, a pregnant person, in violation of Title 21, United States Code, Section 841(a)(1).

**All in violation of Title 21, United States Code, Section 861(f).**


## NOTICE OF FORFEITURE

Upon conviction of Counts 1, 2, 4, 6, or 8 through 29 of this Indictment, or any one of them, the defendants, **LAWRENCE COLBERT a/k/a DREAD, a/k/a LUCKY; RAYQUAN COLBERT a/k/a JOHNNY BLAIZE; KALIL COLBERT; KRISTINA EAVES a/k/a ANNA, a/k/a ANNASTASIA; ANDRELL MONTGOMERY a/k/a SPLIFF;** ▮▮▮▮▮▮▮▮ **; MAKAYLA BOOTES a/k/a KAYLA; STEVEN JOHNSON a/k/a MALIK;** and **VICTORIA MITCHELL,** shall forfeit to the United States, all their right, title, and interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property and/or any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**Pursuant to Title 18, United States Code, Sections 1594(d)(1) and 1594(d)(2); and/or Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States**

Code, Section 2461; and/or Title 18, United States Code, Section 2428(a); and/or Title 18, United States Code, Sections 2253(a)(2) and 2253(a)(3); and/or Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); as applicable to any and all respective counts of conviction.

DATED:  Buffalo, New York, October 14, 2025

MICHAEL DIGIACOMO
United States Attorney


BY:    S/CASEY L. CHALBECK
       CASEY L. CHALBECK
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       Casey.Chalbeck@usdoj.gov


A TRUE BILL:


S/FOREPERSON
FOREPERSON

21