UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                         25-cr-00205-JLS-HKS

LAWRENCE COLBERT, et al.,
         Defendants.

_____

## NOTICE OF MOTION TO MODIFY ORDER
## TO MAINTAIN FINANCIAL ACCOUNT

**MOVING PARTY**:        Defendant Lawrence Colbert.

**DATE AND TIME**:        To be determined by the Court.

**PLACE**:        Before the Honorable H. Kenneth Schroeder, Jr.,
United States Magistrate Judge,
Robert H. Jackson United States Courthouse,
2 Niagara Square, Buffalo, New York,
on the papers submitted herewith.

**SUPPORTING PAPERS**:        Declaration of Samuel L. Yellen, Esq.; Memorandum of
Law in Support of Motion to Modify Order Freezing Bank
Account; Proposed Order Modifying Order to Maintain
Financial Account; and all prior pleadings and proceedings
in this matter.

**ANSWERING PAPERS**:        The United States has consented to the relief requested
herein.

**ORAL ARGUMENT**:        Not requested (motion made on consent).

**GROUNDS FOR RELIEF**:        18 U.S.C. § 3006A(f) and the authorities cited within the
accompanying declaration and memorandum of law.

**RELIEF REQUESTED**:     An Order of this Court:

a.     Modifying the Order to Maintain Financial Account to Offset Future Criminal Justice Act "CJA" Appointed Counsel Fees entered on November 12, 2025, to permit M&T Bank to release the sum of Two Thousand Dollars ($2,000.00) from M&T Bank Account No. *1293 ("M&T Account 1293"), by check or wire transfer made payable to Samuel L. Yellen, Attorney at Law, PLLC IOLA Account, for the sole purpose of funding a deposit to the Defendant's inmate funds account and any transaction fees associated therewith;

b.     Granting such other and further relief as this Court deems just and proper.

Dated: May 5, 2026
        Buffalo, New York

SAMUEL L. YELLEN,
ATTORNEY AT LAW, PLLC
*Attorney for Defendant Lawrence Colbert*

By:_____*/s/Samuel L. Yellen*_____
          Samuel L. Yellen, Esq.
     1 Seneca St., 29th Fl.
     Buffalo, NY 14203
     (716) 304-2820
     sam@yellenlegal.com

TO:   Casey L. Chalbeck, Esq.
      Garrett S. Fitzsimmons, Esq.
      Assistant United States Attorneys
      **UNITED STATES ATTORNEY'S OFFICE**
      138 Delaware Avenue
      Buffalo, New York 14202

2