**HON. JOHN L. SINATRA, JR.**
**Sentencing Timeline**

**USA v.   Andrell Montgomery**                          **25-cr-205**

<mark>**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING\***</mark>

| | |
|---|---|
| Presentence Report to Defendant, Defendant's Counsel & AUSA<br>45 days prior | **Due:    September 17, 2026** |



| | |
|---|---|
| Statements with Respect to Sentencing Factors<br>Objections to Presentence Report<br>Sentencing Motions & Sentencing Memoranda<br>31 days prior | **Due:    October 1, 2026** |



| | |
|---|---|
| Responses to Sentencing Motions<br>Responses to Sentencing Memoranda<br>Responses to Objections<br>21 days prior | **Due:    October 6, 2026** |



| | |
|---|---|
| Presentence Report to Court — 14 days prior / **Character Letters\*\*** — 14 days prior | **Due:    October 13, 2026** |



| | |
|---|---|
| Motions to Adjourn<br>14 days prior | **Due:    October 13, 2026** |



| | |
|---|---|
| Sentencing Date<br>at least 120 days after the plea or verdict | **Date:    October 27, 2026**<br>**Time:**    10:00 AM |

*\*If this schedule is issued after an adjournment of sentencing, the PSR may have already been filed, in which case the PSR deadline is moot. **All other deadlines apply.** It is the parties' responsibility to contact Probation, if it is unclear whether a PSR will be updated following an adjournment of the sentencing date.*

*\*\*Sentencing letters should not be sent by their authors directly to the Court; any such letters will be forwarded to the appropriate counsel of record via U.S. Postal Mail and will not be docketed by the Court. The Court will not retain a copy. It is counsel's responsibility to provide authors counsel's mailing address for sentencing letters and, then, counsel must file the letters on the docket, if appropriate.*