UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

KALIL COLBERT,

Defendant.

**NOTICE OF MOTION**

**Docket No.: 25-CR-205-JLS**

| | |
|---|---|
| MOTION BY: | Frank M. Bogulski as attorney for Kalil Colbert. |
| DATE, TIME & PLACE: | Before Hon. Kenneth Schroeder, Jr.<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Affirmation of Frank M. Bogulski, Esq.<br>Dated June 12, 2026 |
| RELIEF REQUESTED: | Extension of time to file pretrial motions |
| DATED: | June 12, 2026<br>Buffalo, New York |

_____
Frank M. Bogulski, Esq.
Attorney for Defendant
135 Delaware Ave, Suite #2
Buffalo, New York 14202
716-649-0090

TO:   Casey Chalbek, AUSA
       Garrett Fitzsimmons, AUSA