UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                    Plaintiff,              **AFFIRMATION**

-vs-
                                                            **Docket No.: 25-CR-205-JLS**

KALIL COLBERT,

                                    Defendant.

I, Frank M. Bogulski, Esq., attorney duly licensed to practice law in New York State and the Western District of New York, declare the following:

1.  I represent the Defendant, Kalil Colbert, in the above-captioned action brought by the United States of America.

2.  Mr. Colbert's pre-trial motions were due on June 12, 2026.

3.  Mr. Colbert is requesting that the date be extended by sixty (60) days.

4.  The government has been providing discovery to the defendant; however, we have been having difficulty accessing it. My office has provided the government with a hard drive, and the government is in the process of reloading the discovery. The defendant is not certain if the discovery issue, relative to access, pertains to something on our end or the way it was downloaded. The government has stated that because some discovery was not downloaded promptly, the discovery link expired. In either event, the defendant is requesting an adjournment in order to complete the review of discovery and file pre-trial motions. Motions have been outlined, but more discovery review is needed to properly draft and file them.

5.  In speaking with the prosecution, it is my understanding that other attorneys are also seeking an extension of the scheduling order to file pre-trial motions for their clients.

6.  I have had the opportunity to review this request with Assistant United States Attorney Casey Chalbek, and the government will consent to an extension of pre-trial motions deadlines.

**WHEREFORE**, Defendant Kalil Colbert is seeking a sixty (60) day extension of time in which to submit motions and further discovery review and production.

DATED:      June 12, 2026
            Buffalo, New York

<u>/s/ Frank M. Bogulski</u>
Frank M. Bogulski
Attorney for Defendant
135 Delaware Avenue, Suite 2
Buffalo, New York 14202
(716) 649-0090

Cc:   Casey Chalbek, AUSA
      Garrett Fitzsimmons, AUSA