UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,              **NOTICE OF MOTION**

                                       25-cr-205

     v.

SERENTIY MARSHALL, et.al.,

     Defendant.

_____

     **PLEASE TAKE NOTICE** that upon the annexed attorney declaration of Eric M. Soehnlein, Esq., Serentiy Marshall respectfully moves for an Order of the Court adjourning the date to file pretrial motions thirty (30) days and for such other and further relief as the Court deems just and proper.

     The government consents to this request.


DATED:     June 12, 2026            __*s/ Eric M. Soehnlein*
                                    Eric M. Soehnlein, Esq.
                                    SOEHNLEIN LAW PLLC
                                    135 Delaware Avenue
                                    Suite 406
                                    Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    **ATTORNEY DECLARATION**

                                             25-cr-205

      v.

SERENTIY MARSHALL, et.al.,

      Defendant.

_____

Eric M. Soehnlein, Esq., declares the following under penalty of perjury:

1. I am an attorney at law duly licensed to practice in the United States District Court for the Western District of New York.  I am counsel to Serenity Marshall in the above matter.  As such, I am fully familiar with the facts and circumstances of this case.

2. The scheduling order in this case contemplates defense pretrial motions be filed on June 12, 2026.

3. There have been preliminary discussions regarding a potential pre-trial resolution in this case.  The parties wish for an opportunity to conclude those discussions.

4. As such, it is appropriate to adjourn the pretrial motion deadline thirty (30) days.

5. The government consents to this request.

6. We thank the Court for its time and attention.

DATED:     June 12, 2026              ___*s/ Eric M. Soehnlein*___