UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. 25-CR-205-HKS-JLS

LAWRENCE COLBERT, et al.,

Defendants

**ADVISORY**

On August 11, 2026, the Court instructed the government to advise whether and to what extent the government had sought files from the Erie County District Attorney's Office concerning any cases it had involving Lawrence Colbert's conduct from 2024. *See* Minute Entry, (dated Aug. 11, 2026). The government offers this advisory to confirm that it did not seek any file concerning Lawrence Colbert's conduct from 2024 from the Erie County District Attorney's Office, as it had already sought or possessed the underlying law enforcement agency files. The government maintains that Mr. Colbert's motion for the issuance of a Rule 17(c) subpoena as to the Erie County District Attorney's Office is overly broad and contrary to *Nixon*, as it seeks non-discoverable *Jencks* material, privileged work product, and is premised on speculation that exculpatory material exists in the file that could not be procured elsewhere. *See generally* Dkt. 113 at 44–46.[1] If the Court disagrees, the government asks that the Court inspect any production *in camera* to ensure that non-discoverable 3500 material, non-discoverable law enforcement reports, or attorney work product is not prematurely or inadvertently disclosed.

[1] Page numbers refer to the ECF page numbers on the docketed filing.

DATED: Buffalo, New York, August 16, 2026.

Michael DiGiacomo
UNITED STATES ATTORNEY

BY: CASEY L. CHALBECK
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
Casey.Chalbeck@usdoj.gov